# Exhibit 4



Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

December 3, 2024

Adam Pollet, Esq.
Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Via Email to: adampollet@eversheds-sutherland.com

Samuel E. Whitley, Esq.
Whitley LLP
24285 Katy Freeway, Suite 300
Katy, TX 77494
Via Email to: swhitley@whitley-llp.com

Case Number: 01-24-0007-6966

Unisys Corporation
-vs-
Futuris Corporation and Computer Deductions
Incorporated (CDI)

Dear Parties:

This will confirm the appointment of **B. Christopher Lee** as arbitrator.

For the purpoae osf scheduling a preliminary hearing conference call with Arbitrator Lee, I kindly request your availability for the week of December 16, 2024, **by December 10, 2024**.

The AAA recommends that you review the applicable rules in advance of the preliminary hearing and, in particular, the accompanying Preliminary Hearing Procedures. The AAA further requests that counsel have their own and their respective witnesses' calendars available at the preliminary hearing, if possible, in order to facilitate the scheduling of further proceedings, including the evidentiary hearing.

The principal purpose of the preliminary hearing is to set expectations and establish procedures and a schedule for the proceedings that will achieve a fair, efficient and economical resolution of the dispute. The Preliminary Hearing Procedures set forth a standard checklist illustrating the types of issues that may be addressed during the preliminary hearing. The issues to be discussed in a particular case will depend upon the needs of the case as determined by the arbitrator(s), including its size, subject matter, and complexity, as well as any special circumstances that may exist.

Enclosed, please find a scheduling order template, which covers items to be discussed at the preliminary hearing and will be completed by the arbitrator(s). **The parties are encouraged to confer in advance of the preliminary hearing to discuss and reach agreement on as much of the schedule as possible**.

Please review the attached Billing Information Sheet regarding the AAA's billing practices.

Sincerely,


Paula V Goncalves
Manager of ADR Services
Direct Dial: (855)562-9517
Email: paulagoncalves@adr.org
Fax: (866)644-0234

Enclosure

cc: Sandra Mendoza
John Hays, Esq.
B. Christopher Lee, Esq.



## Billing Information Sheet

**Deposits** – After the preliminary management hearing, the arbitrator will notify the case manager how much time is anticipated for the arbitration process. The Manager of ADR Services will then notify the parties of this amount. Once billing is entered into our system an invoice is automatically generated and transmitted within 2 weeks. Should you need an immediate copy to expedite payment please contact your case manager. Your Invoice/Statement includes a list of "Payment Options." If paying by check, please make it payable to "American Arbitration Association" and send it to your case manager's attention at the office address specified on the "Payment Options" page of your Invoice/Statement. These deposits are typically due thirty days prior to the evidentiary hearings, but this may vary depending on the schedule specific to this case.

At the conclusion of the preliminary management hearing, the parties' representatives and the Manager of ADR Services may discuss the AAA's billing and deposit practices with regard to covering the arbitrator's anticipated fees and expenses for the entire proceeding. We ask that the representatives discuss this with their clients prior to the conference so that any questions they may have can be addressed.

Deposits are typically due thirty days prior to the first evidentiary hearing and failure to make deposits by the established due date may result in the arbitrator suspending the proceeding. Therefore, please comply with all established due dates for payment in order to avoid interruption in the progress of the case. All unused deposits shall be promptly refunded.

Parties are also reminded that you may view case financial information, as well as make payments with a credit card online via AAA's WebFile.

Compensation to the arbitrator represents an independent obligation of the parties, and it is understood that the AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the AAA such sums of money as required by the administrator to defray the costs of the arbitrator(s) fees. Compensation incurred will be deducted from deposits on hand, if any.

**Abeyance Fee** – Should parties agree; it is the policy of the Association to hold cases in abeyance for up to one year. The parties may continue to hold the matter in abeyance beyond that period providing they remit a payment of $500.00 to the AAA to cover the administrative expense of continued tracking of such cases.

**Final Fee** – The Final Fee covers all AAA services from the time a hearing is scheduled to when the case is awarded, settled or withdrawn. The Final Fee is billed after an arbitrator has been appointed and a hearing has been scheduled and is payable in advance of the first scheduled hearing. The Final Fee will be incurred for all cases that proceed to their first evidentiary regardless of whether that hearing is held in person, via video conference, or via telephone and is payable by each party filing a claim or counterclaim, pursuant to the applicable fee schedule. If a hearing does not take place, the Final Fee will be fully refunded if the parties provide at least 24 hours' notice prior to the hearing.

**Refund Schedule** – The AAA has a refund schedule in the administrative fee section of the Rules. After 60 days of the AAA's receipt of the Demand or the appointment of the arbitrator the filing fees are non-refundable. The AAA will only refund filing fees as outlined in the Rules and does not refund arbitrator costs incurred when parties settle their dispute or withdraw their claims. The date of receipt by the AAA of the demand for arbitration will be used to calculate refunds of both claims and counterclaims.